IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL  DIVISION

Judge David Folsom

ACHATES REFERENCE PUBLISHING   )(
                                                 )(
                                                 )(
                                                 )(
V.                                           )(       CIVIL NO. 2:11CV294
                                                 )(
SYMANTEC CORPORATION        )(

_____

ATTORNEY FOR PLAINTIFFS:     Charles Ainsworth; Elizabeth DeRieux

ATTORNEY FOR DEFENDANTS:   Melissa Smith; John Jackson; Tonya Gray; Steve Schortgen;   Craig Tadlock; Brian Dietzel

LAW CLERK:                       David Keyzer

COURTROOM DEPUTY:        Mel Martin

COURT REPORTER:            Libby Crawford

_____

SCHEDULING  CONFERENCE
December 7, 2011 @ 10:00 a.m.

OPEN: 9:55                                         ADJOURN:   10:08
_____

9:55    ct opens; ct/ scheduling conference; technology in this case;

9:56    DeRieux/ technology involved;

9:57    ct/ in agreement on most issues;   claim construction 1/17th; protective order

9:57    DeRieux/ Judge Everingham's standard protective order;   will be able to submit an agreed or partially agreed protecitve order;

9:58    Smith/ we can make that happen in a couple of weeks;

9:58    ct/ agreed upon or competing orders by 12/30th;   discovery;

9:58    DeRieux/ 10 dft groups

9:59    ct/ agree upon an order and if not come back to the ct is that plfs suggestion;

9:59    DeRieux/ responds;

10:00    ct/ your suggestion;

10:03    Gray/ responds;

10:03    ct/ was it the model order and how was it tweaked;

10:03    Gray/ responds;

10:05    ct/ will take a look at that order;

10:05    Tadlock/ address' the ct;

10:06    ct/ can you cite to any cases

10:08    adjourned