UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| ACHATES REFERENCE PUBLISHING, INC. | § § § | Civil Action No. 2:11-cv-294 |
|---|---|---|
| *Plaintiff* | § § | |
| vs. | § § | |
| SYMANTEC CORPORATION, *et al.* | § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § | |

## DOCKET CONTROL ORDER

In accordance with the status conference held on the 7th day of December, 2011, it is hereby ORDERED that the following schedule of deadlines is in effect until further Order of this Court:

| STEP | ACTION | RULE | DATE DUE |
|---|---|---|---|
| 1 | Initial Case Management Conference | Patent L.R. 2-1 FRCP 26(f) | December 7, 2011 |
| 2 | Patentee serves Disclosure of Asserted Claims and Preliminary Infringement Contentions of a reasonable number of representative claims | Patent L.R. 3-1 | January 25, 2012 |
| 3 | Patentee makes Document Production Accompanying Disclosure | Patent L.R. 3-2 | Same as 2 |
| 4 | Initial Disclosures | FRCP 26(a)(1) | February 1, 2012 |
| 5 | Accused Infringers serve Preliminary Invalidity Contentions | Patent L.R. 3-3 | March 20, 2012 |
| 6 | Accused Infringers make Document Production Accompanying Preliminary Invalidity Contentions | Patent L.R. 3-4 | Same as 5 |
| 7 | All parties make Exchange of Proposed Terms and Claim Elements for Construction | Patent L.R. 4-1(a) | March 29, 2012 |
| 8 | Patentee shall limit the number of asserted claims to no more than ten (10) and notify the accused infringers and the Court | | April 12, 2012 |
| 9 | All parties meet and confer to discuss | Patent L.R. 4-1(b) | April 26, 2012 |

| STEP | ACTION | RULE | DATE DUE |
|---|---|---|---|
|  | list of Proposed Terms and Claim Elements for Construction |  |  |
| 10 | Deadline for early mediation at the Parties' request |  | May 11, 2012 |
| 11 | All parties make Exchange of Preliminary Claim Constructions and Extrinsic Evidence | Patent L.R. 4-2 | May 17, 2012 |
| 12 | All parties meet and confer to discuss Preliminary Claim Constructions and Extrinsic Evidence | Patent L.R. 4-2(c) | June 14, 2012 |
| 13 | All parties jointly file Joint Claim Construction and Prehearing Statement | Patent L.R. 4-3 | July 12, 2012 |
| 14 | Deadline to join other parties without leave of Court, which shall be at least 60 days before the deadline for filing dispositive motions |  | Same as 13 |
| 15 | Deadline to file amended pleadings without leave of Court, which shall be at least 30 days before the deadline for filing dispositive motions |  | August 9, 2012 |
| 16 | Completion of Claim Construction Discovery | Patent L.R. 4-4 | August 9, 2012 |
| 17 | Patentee files opening claim construction brief | Patent L.R. 4-5(a) | September 6, 2012 |
| 18 | Accused infringers file responsive claim construction brief | Patent L.R. 4-5(b) | October 4, 2012 |
| 19 | Patentee files reply brief on claim construction | Patent L.R. 4-5(c) | October 25, 2012 |
| 20 | ONLY WITH LEAVE OF COURT, Accused infringer files sur-reply brief on claim construction |  | November 15, 2012 |
| 21 | Parties file Joint Claim Construction Chart | Patent L.R. 4-5(d) | December 13, 2012 |
| 22 | Pre-hearing Conference and technical tutorial if necessary |  | The day before the Claim Construction Hearing or in combination with the Claim Construction hearing |
| 23 | Claim Construction Hearing | Patent L.R. 4-6 | January 17, 2013 |
| 24 | Court's Claim Construction Ruling |  | On or about (3 weeks after 23) subject to the Court's scheduling and/or use of a technical advisor |
| 25 | Patentee makes Final Infringement Contentions | Patent L.R. 3-6(a) | On or about 30 days after claim construction ruling |

DAL:816952.1

| STEP | ACTION | RULE | DATE DUE |
|---|---|---|---|
| 26 | Accused Infringers serve Preliminary Unenforceability Contentions | | On or about 40 days after claim construction ruling |
| 27 | Accused Infringers make Document Production Accompanying Preliminary Unenforceability Contentions | | On or about 40 days after claim construction ruling |
| 28 | Accused Infringers make Final Invalidity Contentions | Patent L.R. 3-6(b) | On or about 50 days after claim construction ruling |
| 29 | Accused Infringers make disclosure relating to willfulness | Patent L.R. 3-8 | On or about 50 days after claim construction ruling |
| 30 | Accused Infringers make Final Unenforceability Contentions | | On or about 60 days after claim construction ruling |
| 31 | Deadline for completion of all fact discovery, which shall be at least 90 days before the final pre-trial conference | | On or about 80 days after claim construction ruling |
| 32 | Deadline for disclosure of expert testimony on issues for which a party bears the burden of proof | FRCP 26(a)(2) L.R. CV-26(b) | On or about 90 days after claim construction ruling |
| 33 | Deadline for disclosure of rebuttal expert testimony | FRCP 26(a)(2) L.R. CV-26(b) | On or about 110 days after claim construction ruling |
| 34 | Deadline for late mediation at the Parties' request | | |
| 35 | Deadline for completion of expert discovery | | 30 days after rebuttal expert testimony |
| 36 | Deadline for objections to other parties' expert witnesses | | After 35 |
| 37 | Deadline for filing dispositive motions, including motions on invalidity and unenforceability, which shall be at least 60 days before the initial pretrial conference | | June 13, 2013 |
| 38 | Deadline for filing all *Daubert* motions | | Same as 37 |
| 39 | Deadline for parties to make pretrial disclosures | FRCP 26(a)(3) | July 25, 2013 |
| 40 | Patentee to provide to other parties its information for Joint Final Pretrial Order, Proposed Jury Instruction and Verdict Form | | August 15, 2013 |
| 41 | Defendants and Third-parties to Provide to Patentee their information for Joint Final Pretrial Order, Proposed Jury Instruction and Verdict Form | | August 29, 2013 |

| STEP | ACTION | RULE | DATE DUE |
|---|---|---|---|
| 42 | Parties to file Proposed Joint Final Pretrial Order, Proposed Jury Instructions, Joint Verdict Forms, and Motions in Limine. Prior to initial pretrial conference, parties shall confer with each other regarding the other party's Motion in Limine, deposition designations, and exhibits and shall submit to the Court in writing any objections they may have to the other party's Motions in Limine, deposition designations, and exhibits. | | September 13, 2013 |
| 43 | Initial Pretrial Conference and hearing on Motions in Limine if required and hearing on objections to deposition designations and exhibits | | **TBD** |
| 44 | Final Pretrial Conference before Judge David Folsom | | October 7, 2013 |
| 45 | Jury Selection before Judge David Folsom | | |

**SIGNED this 6th day of January, 2012.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

DAL:816952.1