# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ACHATES REFERENCE PUBLISHING, INC.,**<br><br>*Plaintiff*,<br><br>vs.<br><br>**SYMANTEC CORPORATION; GLOBALSCAPE INC.; COMMON TIME INC.; COMMON TIME LTD.; NATIVE INSTRUMENTS GMBH (FORMERLY KNOWN AS NATIVE INSTRUMENTS SOFTWARE SYNTHESIS GMBH); NATIVE INSTRUMENTS NORTH AMERICA, INC.; STARDOCK SYSTEMS INC.; VALVE LLC; ELECTRONIC ARTS, INC.; NERO AG; NERO INC.; QUICKOFFICE, INC.; and SOLARWINDS INC.**<br><br>*Defendants*. | Civil Action No. 2:11-cv-00294 (JRG-RSP)<br><br><br>**JURY TRIAL DEMANDED** |

## **PLAINTIFF'S NOTICE OF DISCLOSURES**

Plaintiff hereby notifies the Court that pursuant to the Court's July 27, 2012 Amended Docket Control Order, it served its privilege log and a small document production (a supplemental production to its already substantially complete production) on all counsel of record on August 29, 2012 via electronic mail and Federal Express.

Dated: September 4, 2012

Respectfully submitted,

 /s/ Elizabeth L. DeRieux
S. Calvin Capshaw
State Bar No. 03783900
Email: ccapshaw@capshawlaw.com

1

#1747768 v3
107088-73709

Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@capshawlaw.com
D. Jeffrey Rambin
State Bar No. 00791478
Email: jrambin@capshawlaw.com
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone:  903-236-9800
Facsimile:  903-236-8787

Robert M. Parker
State Bar No. 15498000
Email: rmparker@pbatyler.com
Robert Christopher Bunt
State Bar No. 00787164
Email: rcbunt@pbatyler.com
Charles Ainsworth
State Bar No. 00783521
Email: charley@pbatyler.com
**PARKER, BUNT & AINSWORTH**
100 E. Ferguson, Suite 1114
Tyler, TX 75702
Phone: (903) 531-3535
Facsimile: (903) 533-9687

Michael Cukor
New York State Bar No. 3935889
**GIBBONS P.C.**
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
(212) 613-2013 (telephone)
(212) 554-9658 (facsimile)
Email: mcukor@gibbonslaw.com

*Attorneys for Plaintiff*
*Achates Reference Publishing, Inc.*

*Of Counsel:*

Vincent E. McGeary
New Jersey State Bar No. 041681991
**GIBBONS P.C.**
One Riverfront Plaza
Newark, NJ
Phone: (973) 596-4837
Facsimile: (973) 639-6477
Email: vmcgeary@gibbonslaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 4th day of September, 2012 with a copy of this document via CM/ECF.

                                        /s/ Elizabeth L. DeRieux

#1747768 v3
107088-73709