IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| ACHATES REFERENCE PUBLISHING, INC. | § | |
|---|---|---|
| *Plaintiff*, | § | |
| v. | § | Case No. 2:11-CV-294-JRG-RSP |
| SYMANTEC CORP, et al. | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Defendant Symantec Corporation's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted (Dkt. No. 187, filed July 4, 2012). The Magistrate Judge filed a Report and Recommendation on January 10, 2013 (Dkt. No. 303). Given that no timely objections have been filed, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation.

For the reasons stated in the Report and Recommendation, Symantec's Motion to Dismiss (Dkt. No. 187) is **GRANTED IN PART** and **DENIED IN PART**, and Achates' claim for willful infringement as to Symantec is **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 25th day of February, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE