IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACHATES REFERENCE PUBLISHING, INC., <br><br> Plaintiff, <br><br> v. <br><br> SYMANTEC CORPORATION; GLOBALSCAPE INC.; COMMON TIME INC.; COMMON TIME LTD.; NATIVE INSTRUMENTS GMBH; STARDOCK SYSTEMS INC.; VALVE LLC; ELECTRONIC ARTS, INC.; NERO AG; NERO INC.; QUICKOFFICE, INC.; and SOLARWINDS INC. <br><br> Defendants. | Case No. 2:11-CV-00294-DF-CE |

## DEFENDANT SOLARWINDS, INC.'S RESPONSE TO ACHATES REFERENCE PUBLISHING INC.'S MOTION TO STAY PENDING *INTER PARTES* REVIEW [DKT. NO. 371]

Defendant SolarWinds, Inc. ("SolarWinds") submits this response to Achates Reference Publishing Inc.'s ("Achates") motion to stay pending *Inter Partes* Review ("IPR") [Dkt. No. 371] pursuant to the Court's April 5, 2013 Order [Dkt. No. 375].

SolarWinds respectfully asks the Court to grant Achates' motion to stay as to SolarWinds. While the estoppel resulting from an IPR initiated by co-defendant Apple, Inc. arguably does not apply to SolarWinds, SolarWinds agrees that for the purposes of this case, if a stay is granted, it will not contest in this action the validity of any claim determined by the Patent and Trademark Office ("PTO") to be patentable on any grounds that Apple raised in the IPR proceedings, regardless of the appealability of that determination.

SolarWinds agrees with Achates that a relatively short stay pending the issuance of such a determination by the PTO would avoid the risk and costs associated with further litigation and trial concerning claims which may be invalidated or amended in the IPR.

Dated: April 8, 2013                                *Respectfully submitted,*

By: __/s/ Sara N. Kerrane_____
    Sara N. Kerrane
    Bryan J. Sinclair
    **K&L GATES LLP**
    630 Hansen Way
    Palo Alto, CA 94304
    650/798-6700
    650/798-6701 *Facsimile*

    Benjamin E. Weed
    **K&L GATES LLP**
    70 West Madison Street
    Suite 3100
    Chicago, IL 60602
    312/781-7166
    312/827-8152 *Facsimile*

    **ATTORNEYS FOR SOLARWINDS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on plaintiff's counsel of record via e-mail on April 8, 2013.

*/s/ Sara N. Kerrane*
