IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ACHATES REFERENCE PUBLISHING, INC. § § | | |
| Plaintiff, § | | |
| § | | |
| vs. § | No. 2:11-CV-00294-JRG-RSP | |
| § | | |
| SYMANTEC CORPORATION; et al. § | JURY TRIAL DEMANDED | |
| Defendants. § | | |

## DEFENDANT STARDOCK SYSTEMS INC.'S
## RESPONSE TO REQUEST FOR STAY

Pursuant to the Court's April 5, 2013 Order (Dkt. No. 375), Defendant Stardock Systems Inc. ("Stardock") respectfully informs the Court that Stardock and Plaintiff Achates Reference Publishing, Inc. ("Achates") have reached an agreement that resolves all claims between them and through which Stardock will receive a license to the patents in suit. Achates and Stardock expect to file no later than April 30, 2013, a stipulation of dismissal requesting that the Court dismiss with prejudice all claims asserted between Achates and Stardock. In light of the foregoing, Stardock respectfully requests the Court's permission to not take a position on any estoppel effect resulting from the *Inter Partes* Review initiated by co-defendant Apple, Inc.

Dated: April 10, 2013              Respectfully submitted,

**ANDREWS KURTH LLP**

By:    /s/ *Tonya M. Gray*
       Gerald C. Conley
       Texas Bar No. 04664200
       geraldconley@andrewskurth.com
       Tonya M. Gray
       Texas Bar No. 24012726
       tonyagray@andrewskurth.com
       1717 Main Street, Suite 3700
       Dallas, Texas 75201
       Telephone: 214-659-4400
       Facsimile: 214-659-4401

       J. Roger Williams, Jr.
       Texas Bar No. 21555650
       rwilliams@andrewskurth.com
       111 Congress Ave., Suite 1700
       Austin, Texas 78701
       Telephone: (512) 320-9236
       Facsimile: (512) 320-9292

**ATTORNEYS FOR DEFENDANT STARDOCK SYSTEMS, INC.**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on this 10th day of April, 2013.

  */s/ Tonya M. Gray*

2

DAL:861717.1