# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ACHATES REFERENCE PUBLISHING, INC., <br><br> Plaintiff, <br><br> v. <br><br> SYMANTEC CORPORATION; GLOBALSCAPE INC.; STARDOCK SYSTEMS INC.; ELECTRONIC ARTS, INC.; QUICKOFFICE, INC.; SOLARWINDS INC.; and APPLE INC., <br><br> Defendants. | C.A. No. 2:11-cv-294-JRG-RSP |

## DEFENDANT GLOBALSCAPE INC.'S RESPONSE TO ACHATES REFERENCE PUBLISHING INC.'S MOTION TO STAY PENDING *INTER PARTES* REVIEW [DKT NO. 371]

Defendant GlobalSCAPE Inc. ("GlobalSCAPE") submits this response pursuant to the Court's April 5, 2013 Order (Dkt. No. 375). In particular, the Court requested that each defendant indicate whether or not they "(1) agree[] to be held to the same estoppel as will apply against Apple resulting from the *inter partes review*, and (2) agree[] that the estoppel will apply as soon as the PTO issues an appealable determination."

GlobalSCAPE did not participate in the preparation of or the decision to file the petition for *inter partes* review ("IPR") of the patents-in-suit filed by Apple and did not receive notice of the petitions until Apple had filed them. Accordingly, GlobalSCAPE will not agree to be held to the same estoppel as will apply against Apple resulting from the *inter partes* review. Since GlobalSCAPE does not agree to be bound by the same estoppel as may apply to Apple resulting from the IPR proceedings, GlobalSCAPE takes no position as to whether the estoppel to parties agreeing to be so bound would apply as soon as the USPTO issues an appealable determination.

1

Respectfully submitted,

**JACKSON WALKER L.L.P.**

*/s/ Matthew C. Acosta*
Robert P. Latham
Attorney-in-Charge
Texas Bar No. 11975500
blatham@jw.com
John M. Jackson
Texas Bar No. 24002340
jjackson@jw.com
Matthew C. Acosta
Texas Bar No. 24062577
macosta@jw.com
**JACKSON WALKER L.L.P.**
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 953-6109
Facsimile: (214) 661-6645

**ATTORNEYS FOR DEFENDANT GLOBALSCAPE INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 10th day of April, 2012. Any other counsel of record will be served by facsimile transmission and/or first class mail.

 */s/ Matthew C. Acosta*
Matthew C. Acosta