UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACHATES REFERENCE PUBLISHING, INC., <br><br> Plaintiff, <br><br> v. <br><br> SYMANTEC CORPORATION; GLOBALSCAPE INC.; STARDOCK SYSTEMS INC.; ELECTRONIC ARTS, INC.; QUICKOFFICE, INC.; SOLARWINDS INC.; and APPLE INC., <br><br> Defendants. | C.A. No. 2:11-cv-294-JRG-RSP |

**DEFENDANT ELECTRONIC ARTS INC.'S RESPONSE TO ACHATES REFERENCE PUBLISHING INC.'S MOTION TO STAY PENDING *INTER PARTES* REVIEW [DKT NO. 371]**

Defendant Electronic Arts Inc. ("EA") submits this response pursuant to the Court's April 5, 2013 Order (Dkt. No. 375.) In particular, the Court requested that each defendant indicate whether or not they "(1) agree[] to be held to the same estoppel as will apply against Apple resulting from the *inter partes review*, and (2) agree[] that the estoppel will apply as soon as the PTO issues an appealable determination."

EA does not agree to be bound by the outcome of Apple's *inter parties review* or to otherwise be estopped based on those proceedings ("IPR"). EA will not agree to be held to the same estoppel as will apply against Apple resulting from the *inter partes* review. Since EA does not agree to be bound by the same estoppel as may apply to Apple resulting from the IPR proceedings, EA takes no position as to whether the estoppel to parties agreeing to be so bound would apply as soon as the USPTO issues an appealable determination. EA is not supportive of the request for stay and wishes to proceed to trial. The reasons for EA's refusal to be bound are,

1

stated in pertinent part, as follows:

- EA did not participate in the preparation of or the decision to file the petition for *inter partes* review of the patents-in-suit filed by Apple, did not receive notice of the petitions until Apple had filed them, and is not a party to Apple's IPR;
- EA's understanding is that the estoppel provisions of the statute governing IPR proceedings are broad, and EA intends to rely on several other prior art patents and publications that are not included in the IPR in support of its own invalidity defenses. If bound by the results of Apple's *inter partes review*, EA would likely be estopped from addressing these different prior art references in this litigation; and
- EA believes any possible efficiencies of a stay are outweighed by possible prejudice as EA may be estopped from bringing its invalidity case in any forum.

Accordingly, EA does not support a stay in this case and respectfully requests that the Court deny Plaintiff's Motion to Stay with respect to EA to permit EA to fully litigate its case against the Plaintiff.

Respectfully submitted,

Date: April 10, 2013  By: */s/ Karineh Khachatourian*
Karineh Khachatourian
Admitted *Pro Hac Vice*
kkhachatourian@duanemorris.com
Patrick S. Salceda
Admitted *Pro Hac Vice*
psalceda@duanemorris.com
Duane Morris LLP
490 South California Ave.
Suite 200
Palo Alto, CA 94306
Tel: 650.847.4150
Fax: 650.847.4151

R. Brandon Bundren
Texas State Bar No. 24050353
Email: rbbundren@duanemorris.com
Duane Morris LLP
1330 Post Oak Blvd., Suite 800
Houston, Texas 77056
Tel: 713.402.3900

Fax: 713.402.3901

Christopher J. Tyson
Admitted *Pro Hac Vice*
cjtyson@duanemorris.com
Duane Morris LLP
505 9th Street, N.W., Suite 1000
Washington, D.C. 20004
Tel: 202.776.7800
Fax: 202.776.7801

Melissa Richards Smith
Texas Bar No. 24001351
Email: melissa@gillamsmithlaw.com
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
Tel: 903.934.8450
Fax: 903.934.9257

**ATTORNEYS FOR DEFENDANT ELECTRONIC ARTS INC.**

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 10th day of April, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                  /s/ *Karineh Khachatourian*
                                                  Karineh Khachatourian

DM2\4204506.1