IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ACHATES REFERENCE PUBLISHING, INC. | § § § | |
| v. | § § | Case No. 2:11-CV-294-JRG-RSP |
| SYMANTEC CORP, et al. | § § | |

### ORDER

Before the Court is Plaintiff Achates Reference Publishing Inc.'s Motion to Stay Pending *Inter Partes* Review (Dkt. No. 371).[1] Apple has agreed that if this case is stayed until the Patent and Trademark Office issues an appeable decision, "Apple will not contest in this action the validity of any claim determined by the PTO to be patentable on any ground that Apple raised or could have raised in the IPR proceeding." (Dkt. No. 377.) With this stipulation by Apple, the Court is persuaded that the requested stay is warranted. Accordingly, the claims between Achates and Apple are hereby STAYED until further order of this Court. All future deadlines in the docket control order are hereby VACATED.

Achates is ORDERED to file a notice describing the status of the *inter partes* review on September 1, 2013 and every six months thereafter, and within 21 days of the issuance of an appealable decision by the Patent and Trademark Office.

**SIGNED this 31st day of May, 2013.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

---

[1] All defendants except Apple, Inc. have reached a settlement in principle with Achates, and this case has been stayed with respect to the settling parties.